(91 South. 500)
## DETTRA v. STATE. (8 Div. 861.)

(Court of Appeals of Alabama. June 21, 1921. Rehearing Denied July 19, 1921.)

**Intoxicating liquors ⬳134—Selling near beer, though containing less than one-half of 1 per cent. of alcohol, held illegal.**

Under Acts 1915, p. 31, § 31, and Acts 1919, p. 6, § 2, providing that prohibited liquors shall include all liquids intended as a substitute for beer, etc., having possession of and selling near beer, containing less than one-half of 1 per cent. of alcohol is illegal.

Appeal from Morgan County Court; W. T. Lowe, Judge.

P. E. Dettra was convicted of having in possession for sale, and of selling, prohibited liquors, and he appeals. Affirmed.

Certiorari denied 207 Ala. 711, 91 South. 922.

E. C. Nix, of Albany, for appellant.

The statute under which the conviction is had is void, under sections 35 and 36, Const. 1901, and contrary to the due process of law provision of the Constitution of the United States.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J. The cause was tried on the following agreed statement of facts:

"The defendant did have in his possession, on March 16, 1921, in Albany, Morgan county, Ala., for the purpose of sale, and did sell, a beverage. Such beverage looks like, tastes like, smells like, foams like, and is made as a substitute for, beer. Said beverage is a cereal beverage, and contains less than one-half of 1

per cent. alcohol. In fact, an analysis of said beverage shows the following alcoholic contents, to wit: .28 per cent. alcohol by volume and .22 per cent. alcohol by weight; that said beverage is nonintoxicating, and is contained in bottles that are similar in appearance to beer bottles."

This judgment is affirmed on authority of Acts Leg. 1915, § 31, p. 31; Acts 1919, p. 6, § 2; Dees v. State, 16 Ala. App. 97, 75 South. 645; Jones v. State, 17 Ala. App. 444, 85 South. 839.

The judgment is affirmed.

Affirmed.